IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LEE COLLINSWORTH                                              PLAINTIFF

v.                          Civil No. 5:19-cv-05238

JOHN DOE PATROL OFFICERS OF THE
FAYETTEVILLE POLICE DEPARTMENT;
JOHN DOE PATROL OFFICERS OF THE
GREENLAND POLICE DEPARTMENT; and
JOHN DOE PATROL OFFICERS OF THE WEST
FORK POLICE DEPARTMENT                                               DEFENDANTS

**OPINION AND ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff is incarcerated in the Washington County Detention Center.

By Order (ECF No. 3) entered on December 30, 2019, Plaintiff was directed to file an amended complaint. The amended complaint was to be filed by January 15, 2020. Plaintiff was advised that failure to comply with the Order "shall result" in the dismissal of the case.

To date, Plaintiff has not filed an amended complaint. Plaintiff has not sought an extension of time to comply with the Order. No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962)(stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986)(emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas

requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b), this case should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 28th day of January 2020.

*/s/ P.K. Holmes, III*
P. K. HOLMES, III
U.S. DISTRICT JUDGE